# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                PLAINTIFF

V.                      1:14CV00006 JLH/JTR

DR. JOSEPH HUGHES,
McPherson Unit, ADC, et al.                                  DEFENDANTS

## **ORDER**

Plaintiff, Lisa Murphy, has filed a Motion Requesting the Status of the Case. *Doc. 39.* That Motion is granted. Additionally, the Court wishes to explain to Plaintiff that Dr. Floss has not been served because Plaintiff has been denied permission to add him as a Defendant in this lawsuit. *Doc. #11.*

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion Requesting Status of the Case (*Doc. 39*) is GRANTED.

2. The Clerk is directed to mail Plaintiff a copy of the docket sheet and the Initial Scheduling Order *(Doc. 31).*

Dated this 16th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE