**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

LISA MURPHY,                                                                                                           PLAINTIFF
ADC #760343

v.                                              No. 1:14CV0006 JLH/JTR

DR. JOSEPH HUGHES, ADC Doctor;
and BERNARD WILLIAMS, ADC Supervisor                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment is GRANTED. Document #41.

2. Plaintiff's claim Hughes provided her with inadequate medical care for degenerative disc disease in her knee, back, and neck is dismissed with prejudice.

3. Plaintiff's claim that Williams failed to take corrective action after reviewing her grievances about the medical care she received for degenerative disc disease in her knee, back, and neck is dismissed with prejudice.

4. All other claims raised in her substituted complaint are dismissed without prejudice.

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 29th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE