## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

LISA MURPHY,                                                                      PLAINTIFF
ADC #760343

v.                     No. 1:14CV0006 JLH/JTR

DR. JOSEPH HUGHES, ADC Doctor;
and BERNARD WILLIAMS, ADC Supervisor                DEFENDANTS

### JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 29th day of April, 2015.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE